# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                        NO. 4:09CR00047-001 SWW

SHARLYN THOMAS

### ORDER

Pending before the Court is government's motion to dismiss indictment against defendant, Sharlyn Thomas, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED that the government's motion to dismiss indictment against the above-named defendant be **GRANTED**, and the indictment pending against defendant Sharlyn Thomas is ***dismissed without prejudice***.

DATED this 1st day of June 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE